UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- against -

JOSE PENA

---

ORDER

13 Cr. 586-01 (GBD)

GEORGE B. DANIELS, District Judge:

WHEREAS, on or about May 8, 2013, Jose Pena paid $10,000 to the Clerk of Court as and for his appearance bond, and those funds remain on deposit with the Clerk of Court;

WHEREAS, on May 13, 2015, the Court sentenced Jose Pena and imposed a $300 mandatory assessment and ordered him to pay restitution in the amount of $2,611,244; and

WHEREAS, the Government has moved pursuant to 18 U.S.C. § 3613 and 28 U.S.C. § 2044 for an order to apply the bond deposit currently held by the Clerk of Court toward the outstanding restitution balance;

IT IS HEREBY ORDERED that the Clerk of Court shall transfer or otherwise apply the $10,000.00 in funds held in the Court's registry on behalf of Jose Pena to partially satisfy his outstanding restitution obligation.

Dated: New York, New York
       September 19, 2022

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge